```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

BARBARA DANIELS,            :     08 CV 5564 (LAP) (DFE)

        Plaintiff,         :     ORDER

   v.                          :

NEW YORK CITY HOUSING       :
AUTHORITY,
                              :
        Defendant.         :
                              :
----------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

      Counsel shall inform the Court by letter within five business days of the date of this order whether all parties do or do not consent to proceeding before the assigned Magistrate Judge for all purposes.

SO ORDERED:

Dated: July 17, 2008

                                                     _____
                                                     LORETTA A. PRESKA, U.S.D.J.

mjconsentorder