# RAYANO & GARABEDIAN, P.C.

267 CARLETON AVENUE, SUITE 222
CENTRAL ISLIP, NEW YORK 11722
TELEPHONE: (631) 297-8360
FACSIMILE: (631) 297-8363
WEB SITE: WWW.RAYANOGARABEDIAN.COM

MICHAEL GARABEDIAN
JANINE M. RAYANO

OF COUNSEL
PETER ITAK
JOANNE BLAIR

PARALEGAL
BARBARA SCELZI

July 22, 2008

Judge Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *Barbara Daniels v. NYCHA*
      Docket No.: 08 CV 5564

Dear Judge Preska:

We are the attorneys for the plaintiff, Barbara Daniels, in the above-referenced matter.

Further to your order of July 17, 2008, a copy of which is attached, we hereby consent to proceeding before the assigned Magistrate Judge for all general pre-trial purposes.

Should you have any questions concerning the above, please contact the undersigned.

Very truly yours,

*Michael Garabedian*

Michael Garabedian
bs
enc
cc   Paul A. Krez, Esq.
     Krez & Peisner, LLP
     FAX (212) 766-9035

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BARBARA DANIELS,                    :       08 CV 5564 (LAP) (DFE)
               Plaintiff,           :       ORDER
        v.                          :
NEW YORK CITY HOUSING               :
AUTHORITY,                          :
               Defendant.           :
------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

Counsel shall inform the Court by letter within five business days of the date of this order whether all parties do or do not consent to proceeding before the assigned Magistrate Judge for all purposes.

SO ORDERED:

Dated: July 17, 2008

_____
LORETTA A. PRESKA, U.S.D.J.

mjconsentorder

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
*BARBARA DANIELS*,
Plaintiff,

-v-

*NEW YORK CITY HOUSING AUTHORITY*
Defendant.
-------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 CV 5564 (LAP)(DFE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[✓] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated JULY 17, 2008

SO ORDERED:

_Loretta A. Preska_
United States District Judge